# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

In re:  Case No. 18-11330-LMI

Chapter 13

MARIE ANNE DICOWDEN
aka Marie A Dick aka Marie A DiCowden,

    Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
(Property Address: 123 Wolfe St, Alexandria, VA 22314)

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears as counsel for Bank of America, N.A. ("Secured Creditor") in the above-captioned case, and requests that all notices required to be given in this case and all papers required to be served in this case pursuant to Federal Rule of Bankruptcy Procedure 2002 be served upon the undersigned, and that the undersigned be added to the Court's Master Mailing List.

    **MARINOSCI LAW GROUP, P.C.**
    Attorney for Secured Creditor
    100 West Cypress Creek Road, Suite 1045
    Fort Lauderdale, FL 33309
    Phone: (954) 644-8704
    Fax: (954) 772-9601
    Email: cdelisser@mlg-defaultlaw.com

    /s/ Connie J. Delisser
    **Connie J. Delisser, Esq.**
    Florida Bar No. 293740

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, on the parties listed below on February 7, 2018.

**Nancy K. Neidich, Trustee**
POB 279806
Miramar, FL 33027

**Office of the U.S. Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

**Marie Anne Dicowden**
3610 Yacht Club Dr #1108
Miami, FL 33180

**Michael A. Frank, Esq.**
10 NW LeJeune Rd #620
Miami, FL 33126

 

**MARINOSCI LAW GROUP, P.C**.
Attorney for Secured Creditor
100 West Cypress Creek Road, Suite 1045
Fort Lauderdale, FL 33309
Phone: (954) 644-8704
Fax: (954) 772-9601
Email: cdelisser@mlg-defaultlaw.com

/s/ Connie J. Delisser
**Connie J. Delisser, Esq.**
Florida Bar No. 293740