UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

- ☒ Original Plan
- ☐ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
- ☐ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: MARIE ANNE DICOWDEN     JOINT DEBTOR: _____     CASE NO.: 18-11330-LMI

SS#: xxx-xx- 0993     SS#: xxx-xx- _____

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | Included | Not included |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☒ | ☐ |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ | ☒ |
| Nonstandard provisions, set out in Section VIII | ☒ | ☐ |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $11,762.36 for months 1 to 59;
2. $555.55 for months 60 to ____;

B. **DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| Total Fees: | $6500.00 | Total Paid: | $2500.00 | Balance Due: | $4000.00 |
|---|---|---|---|---|---|

Payable $2,000.00 /month (Months 1 to 2)

Allowed fees under LR 2016-l(B)(2) are itemized below:

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

A. **SECURED CLAIMS:**  ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: DITECH FINANCIAL LLC

   Address: POB 6172, Rapid City, SD 57709

   Last 4 Digits of Account No.: 9849

   | | | |
   |---|---|---|
   | Arrearage/ Payoff on Petition Date | $52,888.00 | |
   | Arrears Payment (Cure) | $1,000.00 | /month (Months 1 to 2) |
   | Arrears Payment (Cure) | $892.78 | /month (Months 3 to 59) |
   | Regular Payment (Maintain) | $1,787.00 | /month (Months 1 to 59) |

   Other: _____

LF-31 (rev. 10/3/17)

■ Real Property  
　■ Principal Residence  
　☐ Other Real Property  

Check one below for Real Property:  
　☐ Escrow is included in the regular payments  
　■ The debtor(s) will pay　■ taxes　■ insurance directly  

Address of Collateral:  
3610 Yacht Club Dr.  
#1108  
Miami, FL 33180  

☐ Personal Property/Vehicle  
Description of Collateral:  

---

2. Creditor: PNC BANK, N.A.  
Address: 1 Financial Pkwy  
　　　　　Kalamazoo, MI 49009  

Last 4 Digits of Account No.: 1967  

| | | |
|---|---|---|
| Arrearage/ Payoff on Petition Date | $10,000.00 | |
| Arrears Payment (Cure) | $953.13 | /month (Months 1 to 2) |
| Arrears Payment (Cure) | $142.00 | /month (Months 3 to 59) |
| Regular Payment (Maintain) | $200.00 | /month (Months 1 to 59) |

Other: _____

■ Real Property  
　■ Principal Residence  
　☐ Other Real Property  

Check one below for Real Property:  
　☐ Escrow is included in the regular payments  
　■ The debtor(s) will pay　■ taxes　■ insurance directly  

Address of Collateral:  
3610 Yacht Club Dr.  
#1108  
Miami, FL 33180  

☐ Personal Property/Vehicle  
Description of Collateral:  

---

3. Creditor: PNC BANK, N.A.  
Address: POB 8703  
　　　　　Dayton, OH 45401  

Last 4 Digits of Account No.: 0912  

| | | |
|---|---|---|
| Arrearage/ Payoff on Petition Date | $37,230.00 | |
| Arrears Payment (Cure) | $5.00 | /month (Months 1 to 2) |
| Arrears Payment (Cure) | $652.99 | /month (Months 3 to 59) |
| Regular Payment (Maintain) | $3,890.00 | /month (Months 1 to 59) |

Other: _____

☐ Real Property  
　☐ Principal Residence  
　■ Other Real Property  

Check one below for Real Property:  
　☐ Escrow is included in the regular payments  
　■ The debtor(s) will pay　■ taxes　■ insurance directly  

Address of Collateral:  
123 Wolfe St.  
Alexandria, VA 22314  

☐ Personal Property/Vehicle  
Description of Collateral:  

---

4. Creditor: PORTVIEW HOA  
Address: 3610 Yacht Club  
　　　　　Miami, FL 33180  

Last 4 Digits of: _____

| | | |
|---|---|---|
| Arrearage/ Payoff on Petition Date | $10,000.00 | |
| Arrears Payment (Cure) | $5.00 | /month (Months 1 to 2) |
| Arrears Payment (Cure) | $175.27 | /month (Months 3 to 59) |

Debtor(s): MARIE ANNE DICOWDEN                    Case number: 18-11330-LMI

| Account No.: | 1108 | Regular Payment (Maintain) | $741.00 | /month (Months 1 to 59 ) |

Other: _____

☒ Real Property                             Check one below for Real Property:
  ☒ Principal Residence                       ☐ Escrow is included in the regular payments
  ☐ Other Real Property                       ☒ The debtor(s) will pay   ☒ taxes   ☒ insurance directly

Address of Collateral:
3610 Yacht Club Dr.
#1108
Miami, FL 33180

☐ Personal Property/Vehicle

Description of Collateral: _____

- B. **VALUATION OF COLLATERAL:**   ☒ NONE
- C. **LIEN AVOIDANCE**   ☒ NONE
- D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

  ☒ NONE

- E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

  ☐ NONE

  ☒ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

|   | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | BANK OF AMERICA | 1735 | 123 Wolfe St., Alexandria, VA 22314 |
| 2. | CONSUMER FINANCIAL SCV | 6601 | 1995 Lotus Esprit |
| 3. | MARIA NILSEN | OTUS | 1995 Lotus Esprit |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

- A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:**   ☒ NONE
- B. **INTERNAL REVENUE SERVICE:**   ☐ NONE

| Total Due: | $120,000.00 | Total Payment | $120,000.13 |
| Payable: | $5.00 | /month (Months 1 to 2 ) |
| Payable: | $2,105.09 | /month (Months 3 to 59 ) |

- C. **DOMESTIC SUPPORT OBLIGATION(S):**   ☒ NONE
- D. **OTHER:**   ☒ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

  A. Pay  $500.00  /month (Months 60 to ___ )

  Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

  B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

  C. **SEPARATELY CLASSIFIED:**   ☒ NONE

  *Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

Debtor(s): MARIE ANNE DICOWDEN    Case number: 18-11330-LMI

☒ NONE

**VII.   INCOME TAX RETURNS AND REFUNDS:** ☒ NONE

**VIII.  NON-STANDARD PLAN PROVISIONS** ☐ NONE

☒ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

SECTION II, MONTHLY PLAN PAYMENT: 1. Begins March 2, 2018 & 2. Begins February 2, 2023

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Marie Anne Dicowden    Debtor    February 7, 2018                      Joint Debtor
MARIE ANNE DICOWDEN              Date                                                    Date

/s/ Michael A. Frank, Esquire       February 7, 2018
Attorney with permission to sign on     Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**