



# Compass Real Estate
### We'll point you in the right direction!
1940 Duke Street Suite 200 - Alexandria, VA 22314
☎ (703) 310-7880

**Robert Lepelletier, Jr. - Broker (VA & MD)**
**Monique Lepelletier - Agent (VA Only)**
Bob@CompassRealEstate.pro

February 12, 2018

Marie Anne Dicowden, Ph.D.
3610 Yacht Club Dr 1108
Aventura, FL 33180-3546
email: mdcatbihl@aol.com

Michael A. Frank
Law Offices of Brooks Frank & De La Guardia
10 NW Le Jeune Road - Suite 620
Miami, FL 33126

☎ (305) 443-4217          Email: Pleadings@bkclawmiami.com

RE: Client's Letter of intent to purchase Debtor Marie Anne Dicowden's
Total interest in SKEP, LLC - An administratively revoked entity
In Re: Marie Anne Dicowden Southern District of Florida,
Case number 18-11330-LMI

Dear Ms. Dicowden & Mr. Frank:

On behalf of my client Joseph Gal, I am forwarding his intent/offer to purchase the Debtor's SKEP, LLC with the purpose of acquiring its 123 Wolfe Street, Alexandria, VA real property free and clear of liens and with the existing tenant along with the intent to transfer the property to a Virginia LLC with marketable and insured title

If agreed, then Mr. Gal will place the sum of $440,000 in escrow with Virginia attorney Mark Albanese, Albanese & Associates, P. C., 4041 University Drive, #301, Fairfax, VA 22030 T) 703-385-8880 F) 703 385-1005. Mr. Albanese will disburse the monies as follows:

SKEP LLC Letter:
Page Two - February 12, 2018

A). To pay-off both the first and second trusts on the property. The manager/owner agrees to provide Mr. Albanese with a Third-Party Authorization to obtain the pay-off information. Any other recorded liens will be paid.

B). To pay a Florida law firm to bring SKEP to good standing and to transfer its total interests to Joseph Gal of Falls Church, Virginia. The Virginia parties do not oppose Mr. Frank's law firm handling this transaction.

C). If deemed necessary by Attorney Albanese and/or his title insurer, to have SKEP LLC qualify to transact business to a Commonwealth of Virginia entity. N.B. Virginia Code §13.1-1007. Unlawful to transact or offer to transact business as a limited liability company unless authorized.

D). This offer is contingent upon both Mr. Gal's & attorney Abanese's satisfactory review of the existing lease. While this transaction is in progress the manager/owner agrees not to change, modify, extend, etc. the lease without the written permission of these parties. After the LLC is sold, then the manager/owner agrees to transfer the security deposit, if any, to Mr. Gal.

E). If it is deemed necessary by attorney Mark Albanese to review income tax records previously filed on behalf of SKEP LLC. Attorney Albanese may reject the transfer if deemed necessary for any reason.

F). Remaining monies will be remitted as instructed to Mr. Frank or the Chapter 13 trustee.

Please let me know if the foregoing is acceptable.

Sincerely yours,

Robert L. Pelletier, Jr.
Virginia Real Estate Broker

Enclosures (SKEP LLC docs)
cc: Chapter 13 trustee - nancy@ch13herkert.com
    Lender's Bankruptcy attorney - cdelisser@mlg-defaultlaw.com

130015883

581-811410-

000680

Prepared By & Return to:
H. Carter Land, III
Bar No.: 16324
Land, Carroll & Blair PC
524 King Street
Alexandria, VA 22314

Consideration:
Assessed Value:

Data No.: 12542500

Grantee's Address:

Grantee's Address:
3610 Yacht Club Drive, #1108
Aventura, FL 33180

## DEED OF BARGAIN AND SALE

THIS DEED, made this _8_ day of June, 2013 by and between MARIE DICOWDEN, unmarried Grantor, and SKEP, LLC, a Florida limited liability company, Grantee;

WITNESSETH:

That, for and in consideration of the sum of Ten Dollars ($10.00), cash in hand paid by Grantee and other good and valuable consideration, the receipt whereof is hereby acknowledged, Grantor do hereby grant, bargain, sell and convey, with General Warranty of Title, to Grantee, all of that certain land situated in the City of Alexandria, Virginia, and more particularly described as follows:

1

000681

Beginning on the Northside of Wolfe Street, 75 feet, East of Water Street, and running Thence Eastwardly with Wolfe Street 25 feet to a six foot alley; Thence Northwardly parallel with Water Street 50 feet; Thence Westwardly parallel with Wolfe Street 25 feet; Thence Southwardly 50 feet to the beginning, being the same property as described in Deed recorded in Deed Book 226, at Page 98, among the land records of the City of Alexandria, Virginia, and the said property being known and numbered as 123 Wolfe;

Less and Except a portion of said property described as; Beginning at the northwesterly corner of the property located at #123 Wolfe Street common to the property located at #125 Wolfe Street, point of beginning being 75,00 feet east of the easterly right-of-way line of South Lee Street and 50 feet north of the northerly right-of-way line of Wolfe Street; thence running S 81 degrees 09' 00" E. 25.00 feet to a point in the westerly line of a 6 foot alley; thence running with the westerly line of said 6 foot alley S. 09 degrees 30' 00" W 2.30 feet to the north side of a block retaining wall; thence departing the westerly line of said 6 foot alley and running along the north side of said block retaining wall and through the property located at #123 Wolfe Street N 82 degrees 45'12" W 25.02 feet to a point in the line of the property located at #125 Wolfe Street; thence running with a line common to the property located #125 Wolfe Street N 09 degrees 30'00" E 3.00 feet to the point of beginning containing 66.2 square feet.

AND BEING the same property acquired by Grantor by deed recorded immediately prior hereto.

This conveyance is made subject to any easements, reservations, restrictive covenants, (excepting any restrictive covenant that discriminates on the basis of race, color, sex, religion, ancestry, national origin, familial status, age, sexual orientation or disability) or rights of way of record.

2

000682

Grantor covenants that Grantors has the right to convey the said land to the said Grantee, that there are no encumbrances against the said property; that Grantee shall have quiet and peaceable possession of said land, free from claim of all persons whosoever; and the Grantor will execute such further assurances of title as may be requisite and necessary.

WITNESS the following signature and seal:

_____ (Seal)
MARIE DICOWDEN

STATE OF __Fl__:
CITY/COUNTY OF __Dade__, to-wit;

I, the undersigned Notary Public, in and for the City and State aforesaid, do hereby certify that, MARIE DICOWDEN, whose name is signed to the foregoing Deed dated June __18__, 2013, has acknowledged the same before me.

Given under my hand and seal this __18__ day of June, 2013.

_____ (Seal)
Notary Public

My Commission expires: 9/20/2013
Registration No.: DD928661

c:\wp50\docs\deeds\dicowden060913

LAURIE SOMMERS
MY COMMISSION # DD928661
EXPIRES September 20, 2013
(407) 398-0153   FloridaNotaryService.com

3

INSTRUMENT #130015883
RECORDED IN THE CLERK'S OFFICE OF
ALEXANDRIA ON
JULY 1, 2013 AT 03:36PM

EDWARD SEMONIAN, CLERK
RECORDED BY: AAD

# Detail by Entity Name

Florida Limited Liability Company
SKEP, LLC

## Filing Information
Document NumberL12000029265 FEI/EIN Number45-4743232 Date Filed02/29/2012 StateFL Status INACTIVE Last Event ADMIN DISSOLUTION FOR ANNUAL REPORT Event Date Filed09/22/2017 Event Effective Date NONE

## Principal Address
3610 YACHT CLUB DRIVE, UNIT 1108
MIAMI, FL 33180

## Mailing Address
3610 YACHT CLUB DRIVE, UNIT 1108
MIAMI, FL 33180

## Registered Agent Name & Address
Geller, Joseph
100 WEST CYPRESS CREEK ROAD, SUITE 700
FT. LAUDERDALE, FL 33309

Name Changed: 08/16/2015

## Authorized Person(s) Detail
Name & Address

Title MGR

DICOWDEN, MARIE
3610 YACHT CLUB DRIVE, UNIT 1108
MIAMI, FL 33180

## Annual Reports

| Report Year | Filed Date |
| --- | --- |
| 2014 | 04/24/2014 |
| 2015 | 08/16/2015 |
| 2016 | 04/30/2016 |

## Document Images

| | |
| --- | --- |
| 04/30/2016 -- ANNUAL REPORT | View image in PDF format |
| 08/16/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/24/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/23/2013 -- ANNUAL REPORT | View image in PDF format |
| 02/29/2012 -- Florida Limited Liability | View image in PDF format |

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO.: 18-11330-BKC-LMI
PROCEEDING UNDER CHAPTER 13

IN RE:

MARIE ANNE DICOWDEN

DEBTOR                              /

## TRUSTEE'S CERTIFICATE OF SERVICE
## OF TRUSTEE'S NOTICE OF REQUIRED DOCUMENTS

Nancy K. Neidich, Esquire, Chapter 13 Trustee, served the

1. Trustee's Notice of Required Documents,

2. Debtor's Checklist for 341 Meeting of Creditors,

3. Chapter 13 Meeting of Creditors Preparation Sheet,

4. Chapter 13 Confirmation Preparation Sheet,

5. National Data Center brochure,

was served through NEF on the Debtor's attorney and by US Mail on the Debtor at the address below on the business day after this document was filed with the Court.

Submitted by
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                             Case No. 18-11330-LMI
                                                   Chapter 13
MARIE ANNE DICOWDEN
aka Marie A Dick aka Marie A DiCowden,

    Debtor.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**
(Property Address: 123 Wolfe St, Alexandria, VA 22314)

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears as counsel for Bank of America, N.A. ("Secured Creditor") in the above-captioned case, and requests that all notices required to be given in this case and all papers required to be served in this case pursuant to Federal Rule of Bankruptcy Procedure 2002 be served upon the undersigned, and that the undersigned be added to the Court's Master Mailing List.

                                                    **MARINOSCI LAW GROUP, P.C.**
                                                    Attorney for Secured Creditor
                                                    100 West Cypress Creek Road, Suite 1045
                                                    Fort Lauderdale, FL 33309
                                                    Phone: (954) 644-8704
                                                    Fax: (954) 772-9601
                                                    Email: cdelisser@mlg-defaultlaw.com

                                                    /s/ Connie J. Delisser
                                                   **Connie J. Delisser, Esq.**
                                                   Florida Bar No. 293740