UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

In re:                                              Chapter 13

MARIE ANN DICOWDEN,                    Case No. 18-11330-BKC-LMI

       Debtor.
_____/

### CREDITOR PORTSVIEW AT THE WATERWAYS CONDOMINIUM ASSOCIATION, INC.'S OBJECTION TO CONFIRMATION OF DEBTOR'S SECOND AMENDED CHAPTER 13 PLAN (D.E. 26)

COMES NOW Creditor PORTSVIEW AT THE WATERWAYS CONDOMINIUM ASSOCIATION, INC. (hereinafter referred to as the "ASSOCIATION"), by and through its undersigned attorney, and files this Objection to Confirmation of Debtor's Second Amended Chapter 13 Plan (D.E. 26) (as well as its previously filed Plans), and states:

1. The ASSOCIATION is a secured creditor by virtue of Florida Statute §718.116, as well as its Declaration of Condominium, Claim of Lien, and *Lis Pendens*, all recorded in the Public Records of Miami-Dade County, Florida, against the subject property. The Declaration, Lien, and *Lis Pendens* encumber Debtor's homestead property. (A copy of the Claim of Lien is appended to the Proof of Claim filed by the ASSOCIATION in this proceeding. (Claim 5).)

2. On March 7, 2018, the ASSOCIATION filed its Proof of Claim (Claim 5). The total arrearage as of the date of the Bankruptcy filing, February 2, 2018, was $14,475.02.

3. Debtor's Second Amended Chapter 13 Plan (D.E. 26), filed March 7, 2018 (as well as Debtor's prior Plans), fails to set forth the correct arrearage due the ASSOCIATION through the Bankruptcy filing. The correct arrearage due ASSOCIATION should be as listed in its Proof of Claim and herein.

4. As a secured creditor, the ASSOCIATION is entitled to the full amount of its

claim and payment of all arrearages due it.

5. Further, Debtor's proposed Chapter 13 Plan calls for post-petition, regular monthly payments to the ASSOCIATION in the amount of $741.00. The regular monthly post-petition payment due the ASSOCIATION is, in fact, $767.81.

6. The amount to be distributed to the ASSOCIATION under the proposed Second Amended Chapter 13 Plan (as well as the prior Plans)—for, both, arrearage AND for post-petition regular monthly payments—is less than the allowed amount of its claim. This reduction is impermissible.

7. Debtor is attempting to modify the rights of the ASSOCIATION, which is a secured creditor whose claim is secured only by Debtor's principal residence. Modification of the ASSOCIATION's claim is impermissible.

8. The ASSOCIATION has agreed to pay its undersigned attorney a reasonable fee for its services, and the ASSOCIATION is entitled to reimbursement by Debtor of such fees incurred in this matter.

WHEREFORE, Creditor PORTSVIEW AT THE WATERWAYS CONDOMINIUM ASSOCIATION, INC., requests that the Court enter an Order (i) denying confirmation of Debtor's Second Amended Chapter 13 Plan (D.E. 26) (as well as any later plans which do not conform to the ASSOCIATION's Proof of Claim), (ii) dismissing this case with prejudice for 6 months, (iii) if the Court does not dismiss this case, then requiring Debtor to file a Third Amended Chapter 13 Plan providing for appropriate payments of the correct arrearage and post-petition payments due the ASSOCIATION, (iv) awarding the ASSOCIATION its attorneys' fees, and (v) granting the ASSOCIATION such further relief as the Court deems just and proper.

CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

        /s/                         .
CHARLES F. OTTO, ESQ.
Fla. Bar No. 55591
E-mail: cfo@straleyottopa.com
STRALEY | OTTO
2699 Stirling Road, Suite C-207
Fort Lauderdale, Florida 33312
Telephone: 954/962-7367
Facsimile: 954/962-7423
Attorneys for the ASSOCIATION

CERTIFICATE OF SERVICE

I certify that a true copy of this Objection to Confirmation was served this 7th day of March, 2018, as follows:

The following persons/entities were noticed via NEF:

Nancy K. Neidich, Trustee
Michael A. Frank, Esq.

The following persons/entities were noticed via U.S. mail:

Marie Anne Dicowden, 3610 Yacht Club Drive, #1108, Miami, Florida 33180.

Respectfully submitted,

        /s/                         .
CHARLES F. OTTO, ESQ.
Fla. Bar No. 55591
E-mail: cfo@straleyottopa.com
STRALEY | OTTO
2699 Stirling Road, Suite C-207
Fort Lauderdale, Florida 33312
Telephone: 954/962-7367
Facsimile: 954/962-7423
Attorneys for the ASSOCIATION

3