RE: Marie Anne Dicowden            **PRO SE**            Case # 18-11330-LMI

### TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

| | |
|---|---|
| ___ Tax returns: 7    Corp 2016-2017 | ___ Photo ID(s)    LF 90    LF67    LF10 |
| ✓ Bank Account Statements   3 months pre-petition | ___ Domestic Support Info: name address and phone |
| | ✓ Affidavit of Rent or copy of Lease |
| #2884  11/2-11/16/17 & 1/18-2/2/18 | |
| ✓ Check copy  0261 #848 $1427.50 | ✓ Other provisions IVL & Lawsuit Language |
| | ___ Plan does not fund |
| ___ Explain W/D | ___ Calculation errors/improper months |
| ✓ FMV(NADA/Carmax), Reg and Payoff:Vehicles | ___ Valuation motion has not been filed |
| 95/Lotus FMV/PAYOFF      (at time) | ___ MMM motion not filed |
| ✓ FMV and Payoff: Real Estate 123 wolfe st - Payoff (of hing) | ___ Reaffirm, redeem or surrender Sch D & G creditor Lease |
| + Market value not taxable value (Sales comparative | ✓ Creditor paid through the Plan has not filed a POC |
| ___ Non homestead Information Sheet  on tax appraisers website) | ___ Priority debt on Sch E not in plan |
| ___ Wage deduction order or motion to waive | ✓ Object or Conform to Proof of Claim |
| **BUSINESS DEBTOR DOCUMENTS** | ___ Miami-Dade County  ___ Tax Certificate(DE#__) |
| ✓ BDQ & attachments  ✓ Profit & Loss  ✓ Balance Sheet | ___ Dept of Revenue    ✓ IRS |
| ✓ Bank statements and checks ✓ 3 months | |

Section I Discrepancy with box selection and Section III B _

✓ Itemize Fees or App Fee / Mtg pymts s/b till 60 mos  Plus #4
Section III A - Creditor address does not Match POC #4
Section VI - Box not checked in direct pay

___ Jewelry Inventory with current value amount

___ Objection to Exemption (specifics to be filed)
___ Fee application (see court guideline 6)
___ Income understated ____ stubs ____ taxes     To be heard with confirmation at 1:30 pm  Plus unknown
___ co-debtor ____ stubs ____ taxes     ✓ Ch 7 s/b 120,324⁰⁰ plus tax refund / valuations  values
___ Spouse's pay advices/spouse's wages not disclosed     ___ Good faith to unsecured
___ Proof of household size (government ID w/ address)     ✓ Expenses: documentation/calculation: CMI line
    and income of all adults     9 (remove HOA)(PNC higher then paid Plan)
___ Best effort < 36 months < 60 months     16, 33d (in excess of income)  34 in excess of Plan
✓ Expenses objectionable: Sch J ☐ Provide Proof
  but all medican
___ D/I > 100%  < 90%   Feasibility     ___ CMI/DI _____ x 60 = _____
___ Info on transfer SOFA ____ undisclosed     ☐ Plus income/expenses issues ☐ Trustee est. $____
___ Tolling Agreement(s)     ___ Undervalued collateral should be crammed down

*DISMISSED @ 341*

Other: Proof lieu with M. Neilson is recorded.

_____

Trustee reserves the right to raise additional objections until all requested documents are timely provided.

*IMPORTANT NOTICE REGARDING CONFIRMATION: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION ON THE PUBLISHED CALENDAR, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.* **The Trustee's calendar will be published prior to the confirmation hearing - contact the Trustee's office on how to locate the calendar on her web site - access is limited. *The debtor or debtor's attorney must appear at the confirmation hearing* The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee may not be considered or reviewed until the next hearing date.

**Deficiencies must be cured by 5 pm on_____ to avoid dismissal**
**The Trustee will recommend dismissal of this case unless a) The Trustee receives copies of all requested documents as listed above, b) The Trustee receives a written response with "back-up documentation" of all issues raised, c) The debtor files all amendments, and d) The debtor files and properly serves all motions and self-calendars those motions for the first confirmation hearing.**

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court. Submitted by NANCY K. NEIDICH CHAPTER 13 TRUSTEE, P.O. BOX 279806, MIRAMAR, FL 33027